**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 00-30480

Summary Calendar

Edward Dixon,

Plaintiff-Appellant,

VERSUS

The Revelation Corporation of America Inc., The Lowery Riggan
Group, John Lowery, William Graves, Henry J. Lyons, Marshall
Shepard, Bennett W. Smith,

Defendants-Appellees.

Appeal from the United States District Court
For the Middle District of Louisiana

(98-863-A)

October 6, 2000

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM[*]:

This court must examine the basis of its jurisdiction on its own motion if necessary. Mosley v. Cozby, 813 F.2d 659, 660 (5th Cir. 1987). Appellant Edward Dixon filed suit against Appellees for certain unpaid legal and professional fees and for damages

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

under the theory of detrimental reliance.  Dixon moved for summary judgment, and the district court denied his motion, based on the existence of disputed issues of material fact.  However, the district court has not certified the order for appeal.

When an action involves multiple claims or multiple parties, any decision that disposes of fewer than all the claims or adjudicates the liability of fewer than all the parties does not terminate the litigation and is therefore not appealable unless certified under Fed. R. Civ. P. 54(b).  See Borne v. A & P Boat Rentals No. 4, Inc., 755 F.2d 1131, 1133 (5th Cir. 1985); Thompson v. Betts, 754 F.2d 1243, 1245 (5th Cir. 1985).  Accordingly, this court is without jurisdiction.

APPEAL DISMISSED.